## DERREX CONNER *v.* COMMISSIONER OF CORRECTION
### (AC 17620)

Lavery, Schaller and Spear, Js.

Argued March 22—officially released April 20, 1999

Per Curiam. The judgment is affirmed.

## WETHERSFORD CONDOMINIUM ASSOCIATION, INC. *v.* JOHN B. DERAY
### (AC 18834)

Lavery, Schaller and Spear, Js.

Argued March 22—officially released April 20, 1999

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting new law days.

## ROSECEIL RADER *v.* JAYA VIJAYASEKAR
### (AC 17903)

O'Connell, C. J., and Schaller and Hennessy, Js.

Argued March 30—officially released April 20, 1999

Per Curiam. The judgment is affirmed.